No. 449. Vernon *v.* Alabama.

Argued May 5, 1941. Decided May 26, 1941. *Per Curiam:* The judgment is reversed. *Chambers* v. *Florida,* 309 U. S. 227; *White* v.

*Texas*, 310 U. S. 530. *Mr. Walter S. Smith* for petitioner. *Mr. Thomas S. Lawson*, Attorney General of Alabama, with whom *Mr. William H. Loeb*, Assistant Attorney General, was on the brief, for respondent.